UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| CLEON ANTHONY LENHARDT, | : | Case No. 14-12300-PM |
| | : | Chapter 13 |
| | : | |
| Debtor(s). | : | |
| | : | |
| CLEON ANTHONY LENHARDT | : | |
| 12366 Quail Woods Drive | : | |
| Germantown, MD 20874 | : | |
| | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| | : | |
| CHASE MORTGAGE | : | |
| PO Box 3014 | : | |
| Edison, NJ 08818-9768 | : | |
| And | : | |
| CHASE MORTGAGE | : | |
| Mail Code OH4-7302 | : | |
| P.O. Box 24696 | : | |
| Columbus, OH 43224-0696 | : | |
| | : | |
| | : | |
| Respondents. | : | |

### MOTION TO AVOID LIEN OF CHASE MORTGAGE ON PRINCIPAL RESIDENCE PURSUANT TO 11 U.S.C. §506

COMES NOW, Movant, Cleon A. Lenhardt, by and through his attorney, Bennie Brooks, respectfully represents to this Honorable Court as follows:

1. This case was commenced on February 17, 2014, by the filing of a Voluntary Petition for relief under Chapter 13 of Title 11 of the United States Code.

2. This Court has jurisdiction over this matter pursuant to 26 U.S.C. §1334, 28 U.S.C. §157, 11 U.S.C §506 and the Annotated Code of Maryland, Courts & Judicial Proceedings Article 11-504 in that this action is filed by the Debtors to avoid an

undersecured lien on Debtors interest in real property located at 12366 Quail Woods Drive, Germantown, Montgomery County, MD 20874.

    3.   That Movant owns the aforesaid improved, real property; said property has a fair market value of approximately $232,500.00, as evidenced by the attached Zillow Estimate. **See Exhibit** 1. Said property is encumbered by a purchase money first deed of trust in the original principal amount of $268,000 plus arrears held by Chase Mortgage. **See Exhibit** 2.

    4.   That Debtors property is also encumbered by an junior lien held by Chase Home Mortgage in the principal amount of $32,500.00 as illustrated by the attached. **See Exhibit 3**.

    5.   That Respondent's lien in the amount of $32,500.00 is totally undersecured and should be cancelled and avoided.

**WHEREFORE**, the Movants pray judgment against Respondent for the cancellation and avoidance of the second lien and/or judgment lien for such other and further relief as is just.

                                         /s/ Bennie Brooks
                                         BENNIE BROOKS, 02478
                                         8201 Corporate Drive, Suite 260
                                         Landover, MD  20785
                                         (301) 731-4160
                                         bbrookslaw@aol.com
                                         Attorney for Debtors

## POINTS AND AUTHORITIES

1. Johnson v. Asset Management Group, LLC., 226 B.R. 364 (D.Md. 1998) and First Mariner Bank v. Johnson, 411 B.R. 221 (D.Md. 2009)

2. 11 U.S.C § 506

3. The record.

                                              /s/ Bennie Brooks
                                              BENNIE BROOKS, ESQUIRE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by certified mail, postage prepaid and first-class mail, postage prepaid, this 16th day of April, 2014, at the addresses set forth below:

Cleon A. Lenhardt
12366 Quail Woods Drive
Germantown, MD 20874

CHASE MORTGAGE
Attn: Glenn J. Mouridy, President
PO Box 3014
Edison, NJ 08818-9768
**Certified Mail**

CHASE MORTGAGE
Mail Code OH4-7302
P.O. Box 24696
Columbus, OH 43224-0696

Timothy P. Branigan
Chapter 13 Trustee
P.O. Box 1902
Laurel, MD 20725-1902

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

                                              /s/ Bennie Brooks
                                              BENNIE BROOKS