**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **CLEON ANTHONY LENHARDT,** | : | **Case No. 14-12300-PM** |
| | : | **Chapter 13** |
| | : | |
| **Debtor(s).** | : | |
| ⎯⎯⎯⎯⎯⎯⎯ ⎯⎯⎯ ⎯⎯⎯⎯ | : | |
| **CLEON ANTHONY LENHARDT** | : | |
| **12366  Quail Woods Drive** | : | |
| **Germantown, MD  20874** | : | |
| | : | |
| **Movant.** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **CHASE MORTGAGE** | : | |
| **PO Box 3014** | : | |
| **Edison, NJ 08818-9768** | : | |
| **And** | : | |
| **CHASE MORTGAGE** | : | |
| **Mail Code OH4-7302** | : | |
| **P.O. Box 24696** | : | |
| **Columbus, OH 43224-0696** | : | |
| | : | |
| | : | |
| **Respondents.** | : | |

**NOTICE OF DEBTOR'S MOTION**
**TO AVOID LIEN ON PRINCIPAL RESIDENCE**
**PURSUANT TO 11 U.S.C. §506 AND HEARING THEREON**

A motion was filed on behalf of the Debtor to avoid a second mortgage lien held by Chase Mortgage. Your rights might be affected. You should read these papers carefully and discuss them with a lawyer. (If you do not have a lawyer, you may wish to consult one.) A copy of the motion is attached.

If you do not want the court to grant the motion avoiding the lien, or if you want the court to consider your views on the motion, then by May 19, 2014, you or your lawyer must file with the Clerk of the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to:

Bennie Brooks, Esquire, Attorney for Movant, 8201 Corporate Drive, Suite 260, Landover, MD 20785.

If you mail, rather than deliver, your response to the Clerk of the Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

If you file a timely response to the motion, the hearing on the motion will take place June 12, 2014, at 3:00 pm in Courtroom 3-D, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.

If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

Date: April 16, 2014

/s/ Bennie Brooks

**BENNIE BROOKS, 02478**

8201 Corporate Drive, Suite 260
Landover, MD  20785
(301) 731-4160
bbrookslaw@aol.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first-class mail, postage prepaid, this 16th day of April, 2014, at the addresses set forth below:

Cleon A. Lenhardt
12366  Quail Woods Drive
Germantown, MD  20874

CHASE MORTGAGE
Attn: Glenn J. Mouridy, President
PO Box 3014
Edison, NJ 08818-9768
**Certified Mail**

CHASE MORTGAGE
Mail Code OH4-7302
P.O. Box 24696
Columbus, OH 43224-0696

Timothy P. Branigan
Chapter 13 Trustee
P.O. Box 1902
Laurel, MD 20725-1902

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

/s/ Bennie Brooks
BENNIE BROOKS