

PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| CLEON ANTHONY LENHARDT | : | Case No. 14-12300PM |
| | : | Chapter 13 |
| Debtor | : | |
| CLEON ANTHONY LENHARDT | : | |
| Movant | : | |
| vs. | : | |
| CHASE MORTGAGE | : | |
| Respondent | : | |

**ORDER DENYING WITHOUT PREJUDICE
MOTION TO AVOID LIEN OF CHASE MORTGAGE
ON PRINCIPAL RESIDENCE PURSUANT TO 11 U.S.C. §506**

UPON CONSIDERATION of the Motion to Avoid Lien of Chase Mortgage on Principal Residence Pursuant to 11 U.S.C. §506, and for the reasons set forth in *In re Burkhart*, 505 B.R. 444 (BC MD 2014), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the Motion is DENIED without prejudice.

cc: Debtor
   Debtor's Counsel
   Chapter 13 Trustee
   Interested parties

**End of Order**